David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Shawn Eldridge (SBN 276581)
EldridgeS@cmtlaw.com
Carlson & Messer LLP
9841 Airport Blvd., Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
DESIGNED RECEIVABLE SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DESIGNED RECEIVABLE SOLUTIONS, INC.<br><br>    Defendant. | CASE NO.:<br><br>**NOTICE OF REMOVAL** |

    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant DESIGNED RECEIVABLE SOLUTIONS, INC. ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

    1.    On May 25, 2017, Plaintiff JASON ALAN ("Plaintiff") filed a civil action in the Ventura County Superior Court, Small Claims, entitled *Jason Alan v. Designed Receivable Solutions, Inc.*, Case No. 56-2017-00496956-SC-SC-VTA. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

    2.    Plaintiff's Complaint was served on Defendant by regular mail on May 26, 2017.

3.  Therefore this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

4.  There are no other Defendants named in Plaintiff's Complaint.

5.  This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.) (the "FDCPA") and the Fair Credit Reporting Act (15 U.S.C. § 1681) (the "FCRA"). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges in the Complaint "7 envelope violations" under the FDCPA and "violations of the FCRA"; these behaviors are governed by Fair Debt Collection Practices Act. (See Exhibit A.)

6.  Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7.  Plaintiff's Complaint does not include a demand for a jury trial.

8.  Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

**CARLSON & MESSER, LLP**

DATED:  June 20, 2017        By:    s/ Shawn Eldridge
                                    David J. Kaminski
                                    Shawn Eldridge
                                    Attorneys for Defendant,
                                    DESIGNED RECEIVABLE
                                    SOLUTIONS, INC.

{00068510;1}

2

NOTICE OF REMOVAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2017, a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via mail on the following person:

Jason Alan
291 Sequoia Court, #24
Thousand Oaks, CA 91360

**CARLSON & MESSER LLP**

/s/ Shawn Eldridge
Shawn Eldridge

{00068510;1}

3

NOTICE OF REMOVAL