JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON ALAN, | ) | Case No. CV 17-4553 FMO (ASx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| DESIGNED RECEIVABLE SOLUTIONS, INC., | ) | |
| Defendant. | ) | |

Having reviewed plaintiff's Notice to Defendant of Plaintiff's Voluntary Dismissal of the Action Without Prejudice (Dkt. 7, "Notice") and plaintiff's Application for Permission for Electronic Filing (Dkt. 8, "Application"), IT IS ORDERED THAT:

1. The action is **dismissed without prejudice**.

2. The Application **(Document No. 8)** is **denied as moot**.

Dated this 28th day of June, 2017.

_____
/s/
Fernando M. Olguin
United States District Judge